In the Interest of S.D.

**JUVENILE OFFICER OF JACKSON COUNTY, Missouri, Respondent,**

v.

**R.M. (Natural Mother), Appellant.**

and

In the Interest of Sy.D.

**JUVENILE OFFICER OF JACKSON COUNTY, Missouri, Respondent,**

v.

**R.M. (Natural Mother), Appellant.**

No. WD 45274.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Gary L. Leftridge, Kansas City, for appellant.

Mary Marquez, Kansas City, for respondent Juvenile Officer.

Kathryn M. Coonrod, Watson, Ess, Marshall & Enggas, Kansas City, for guardian ad litem.

Before LOWENSTEIN, C.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM.

Mother appeals from termination of parental rights under Sections 211.447.2(1) and (3), RSMo Supp.1991.

The judgment is affirmed. Rule 84.16(b).